UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: Jane Wiggins § Case No: 12-70046
§
Debtor(s) §

## MOTION TO MODIFY

Comes now the Debtor, by and through her undersigned counsel of record, and moves this Honorable Court to approve the modification of her plan to extend plan term to 60 months for reasons as follow:

1. Debtor's disposable income has remained unchanged.
2. Bar date to file claims has passed.
3. Claims in excess of debtors estimates have been filed and allowed in plan.
4. Debtor is unable to pay the balance of claims over the original 48 month plan.
5. As modified, extension to 60 months will continue to pay 6% to unsecured creditors over the remainder of the plan term at the rate of $155.00 per month.
6. Modification is in compliance with Sections 1322 and 1329 of the bankruptcy code.

Wherefore, premises considered, Debtor respectfully prays this Honorable Court grant this motion to extend plan term to 60 months as herein requested.

Dated: 12/16/2013

/s/ Rod C Shirley
Attorney for Debtor
(205) 349-2455

## Certificate of Service

I do hereby certify that a copy of the foregoing document was sent to C. David Cottingham, Trustee, and mailed to all creditors on the matrix by first class mail on the 17 day of December, 2013.

/s/ Rod C Shirley
Camron Law
1305 Greensboro Avenue
Tuscaloosa, AL 35401
(205) 349-2455